IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
OREGON PORTLAND DIVISION

| | |
|---|---|
| LAUREL BEGLEY, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>JK ENTERPRISE INCORPORATED dba CABARET II, an Oregon Corporation; JOSEPHINE JABRA KIRAZ, an individual; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.: 3:21-cv-01031-YY<br><br>**<u>COLLECTIVE ACTION</u>**<br><br>**ORDER GRANTING**<br><br>**PLAINTIFF ELWIN'S DISMISSAL WITH**<br><br>**PREJUDICE** |

## ORDER GRANTING UNOPPOSED MOTION TO DISMISS

CAME ON FOR CONSIDERATION Plaintiff Caitlyn Elwin's Motion to Dismiss [54] in the above-styled and numbered cause. Plaintiff no longer desires to pursue her cause of action against all Defendants. The Court, having considered the Motion and the agreements of counsel, is of the opinion that the Motion should be granted. It is, therefore, ORDERED that Plaintiff's Motion to Dismiss is GRANTED.

Based upon the foregoing, it is ORDERED, ADJUDGED, and DECREED that each claim and/or cause of action asserted by Plaintiff Caitlyn Elwin against all Defendants. is DISMISSED with prejudice to refiling. Each party shall bear their own costs.

SIGNED this __24th__ day of March, 2023

                                                   _____/s/ Youlee Yim You_____
                                                 JUDGE YOULEE YIM YOU